THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMANTHA HERNANDEZ,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0136-JCC-6<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant's unopposed motion (Dkt. No. 210) is GRANTED. The Court ORDERS that the pretrial deadline is extended by two weeks, from March 29, 2022, to April 12, 2022. All pretrial motions must be filed on or before April 12, 2022.

DATED this 30th day of March 2022.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk